UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NAHLA EPHRAIM,
    Plaintiff,

v.                                                                        C.A. No. 10-192 S

HARFORD LIFE AND
ACCIDENT INSURANCE
COMPANY,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 15, 2010 (document #15), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and Defendant's Motion to Dismiss (document #8) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/10/11