UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NAHLA EPHRAIM,
    Plaintiff,

v.                                         C.A. No. 10-192 S

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY,
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 22nd, 2011 (ECF #31), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant Hartford Life and Accident Insurance Company's Motion for Summary Judgment (ECF #18) is hereby GRANTED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/23/12